# US BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  FRANK J. BADOLATO, JR.        :        CHAPTER 13
                                      :
    Debtor(s)                         :        BANKRUPTCY NO.  19-15203

## ORDER

AND NOW, this _____ day of _____, 2020 it is hereby

ORDERED to Counsel, Paul H. Young, Esquire and Young Marr & Associates be allowed to

withdraw as counsel on behalf of Debtor Frank J. Badolato, Jr.

**Date: September 2, 2020**

_____
                                                                          J.