Dear Judge Chan,

I appeared in front of you on several occasions
1st  The Law Offices of Jeffery A. Fournier claim # 18-16129-AMC
2nd  The Law Office of Jensen Bagnato, P.C.
3rd Young, Marr & Associates claim # 19-15203-AMC



All three made statements in your court that I felt I had to tolerate. If you would have asked me directly there would have been a different response.
All three shared different philosophies on how to handle my Chapter 13 claim. They were all different. Very confusing! I feel like I am between a rock and a hard place without luxury of truth.

Is William Miller the ONLY Trustee?

I do not understand their issue. I am paying them like clockwork through **TFS**. I have not and will not miss a payment. My automated payments are sent shortly after receiving my automated Social Security payments.

| 7/22/2020 | DIRECTDEP | SSA TREAS 310 XXSOC SEC | $507.00 |
|---|---|---|---|
| 7/30/2020 | DIRECTDEBIT | TFS 888-729-2413 TFS PAY | -$569.99 |
| 8/26/2020 | DIRECTDEP | SSA TREAS 310 XXSOC SEC | $507.00 |
| 9/1/2020 | DIRECTDEBIT | TFS 888-729-2413 TFS PAY | -$569.99 |

| 8/26/2020 | Social Security (Retirement) | $507.00 |
|---|---|---|
| 07/22/2020 | Social Security (Retirement) | $507.00 |
| 06/24/2020 | Social Security (Retirement) | $507.00 |
| 05/27/2020 | Social Security (Retirement) | $507.00 |

| | | |
|---|---|---|
| 04/22/2020 | Social Security (Retirement) | $507.00 |
| 03/25/2020 | Social Security (Retirement) | $507.00 |
| 02/26/2020 | Social Security (Retirement) | $507.00 |
| 01/22/2020 | Social Security (Retirement) | $507.00 |
| 12/24/2019 | Social Security (Retirement) | $500.00 |
| 11/27/2019 | Social Security (Retirement) | $500.00 |
| 10/23/2019 | Social Security (Retirement) | $500.00 |

I drive for **Uber** and **Lyft**, but I do not receive physical pay statements. I am sending you my bank statements for last four months showing the **Electronic Deposits**.

I've have asked both Mr. Fournier and Mr. Young about where the funds are going, what amounts, and for what purpose without response.

At this time I would like to respectfully **Petition the court for the Accounting and Documentation**

    Thank you for your patience
    Frank Badolato

# TD Bank
America's Most Convenient Bank®                    T      STATEMENT OF ACCOUNT

AV 01 110301 67790E356 A**5DGT

FRANK J BADOLATO JR
780 3RD AVE
BRISTOL PA 19007-3220

Page:                                    1 of 6
Statement Period:        Apr 14 2020-May 13 2020
Cust Ref #:              4306607156-630-T-###
Primary Account #:             430-6607156

## TD Convenience Checking

FRANK J BADOLATO JR                                    Account # 430-6607156

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 149.07 | Average Collected Balance | 524.34 |
| Electronic Deposits | 4,141.25 | Interest Earned This Period | 0.00 |
|  |  | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 3,534.20 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 16.00 | Days in Period | 30 |
| Ending Balance | 740.12 |  |  |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/14 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 62PZCP9A22Y11DK | 7.43 |
| 04/15 | POS CREDIT, *****45186214777, AUT 041420 DDA PURCH REF UBER         SAN FRANCISCO * CA | 112.16 |
| 04/15 | CCD DEPOSIT, STRIPE LYFT 04-14 ST-K5T4J8Q5T4U7 | 5.75 |
| 04/15 | POS CREDIT, *****45186214777, AUT 041520 DDA PURCH REF UBER         SAN FRANCISCO * CA | 80.59 |
| 04/15 | VISA TRANSFER, *****45186214777, AUT 041520 VISA TRANSFER LYFT 04 15 EXP     VISA DIRECT   * WI | 16.67 |
| 04/20 | POS CREDIT, *****45186214777, AUT 041820 DDA PURCH REF UBER         SAN FRANCISCO * CA | 87.63 |
| 04/20 | VISA TRANSFER, *****45186214777, AUT 041820 VISA TRANSFER LYFT 04 18 EXP     VISA DIRECT   * WI | 34.81 |
| 04/20 | VISA TRANSFER, *****45186214777, AUT 042020 VISA TRANSFER LYFT 04 20 EXP     VISA DIRECT   * WI | 58.13 |
| 04/20 | POS CREDIT, *****45186214777, AUT 042020 DDA PURCH REF UBER         SAN FRANCISCO * CA | 97.78 |
| 04/21 | POS CREDIT, *****45186214777, AUT 042120 DDA PURCH REF UBER         SAN FRANCISCO * CA | 87.81 |
| 04/22 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****86762A (SSA) | 507.00 |
| 04/22 | POS CREDIT, *****45186214777, AUT 042220 DDA PURCH REF UBER         SAN FRANCISCO * CA | 111.33 |
| 04/23 | POS CREDIT, *****45186214777, AUT 042320 DDA PURCH REF UBER         SAN FRANCISCO * CA | 53.79 |
| 04/27 | POS CREDIT, *****45186214777, AUT 042720 DDA PURCH REF UBER         SAN FRANCISCO * CA | 103.39 |
| 04/29 | CCD DEPOSIT, STRIPE LYFT 04-28 ST-V1P6H7N9U0F1 | 3.37 |
| 04/29 | ACH DEPOSIT, IRS  TREAS 310  TAX REF ****86762200919 | 1,200.00 |
| 04/29 | POS CREDIT, *****45186214777, AUT 042920 DDA PURCH REF UBER         SAN FRANCISCO * CA | 194.92 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**TD Bank**
America's Most Convenient Bank®                    T       STATEMENT OF ACCOUNT

AV 01 107933 91636E358 A**5DGT

FRANK J BADOLATO JR                               Page:                        1 of 6
780 3RD AVE                                       Statement Period:   May 14 2020-Jun 13 2020
BRISTOL PA 19007-3220                             Cust Ref #:          4306607156-630-T-###
                                                  Primary Account #:          430-6607156

Privacy Notice:
Our privacy notice describes how we collect, share and protect your personal information. It has not materially changed since May 2015. For a copy, go to tdbank.com/exc/pdf/privacy_shareinformation.pdfor call 888-937-1050.

## TD Convenience Checking

FRANK J BADOLATO JR                                                   Account # 430-6607156

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 740.12 | Average Collected Balance | 481.80 |
| Electronic Deposits | 2,246.16 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,723.65 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 16.00 | Days in Period | 31 |
| Ending Balance | 246.63 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | DEBIT CARD CREDIT, *****45186214777, AUT 051420 VISA DDA REF THE HOME DEPOT 4163   LEVITTOWN  * PA | 87.96 |
| 05/15 | POS CREDIT, *****45186214777, AUT 051420 DDA PURCH REF UBER       SAN FRANCISCO * CA | 101.05 |
| 05/19 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 65V5N3F3JBQ7OF1 | 41.68 |
| 05/20 | CCD DEPOSIT, STRIPE LYFT 05-19 ST-T5M4P9X5K8V2 | 16.22 |
| 05/20 | POS CREDIT, *****45186214777, AUT 052020 DDA PURCH REF UBER       SAN FRANCISCO * CA | 210.95 |
| 05/20 | VISA TRANSFER, *****45186214777, AUT 052020 VISA TRANSFER LYFT 05 20 EXP    VISA DIRECT  * WI | 50.97 |
| 05/21 | POS CREDIT, *****45186214777, AUT 052020 DDA PURCH REF UBER       SAN FRANCISCO * CA | 1.50 |
| 05/27 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 6BBN8D5418S978N | 50.92 |
| 05/27 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****86762A  SSA | 507.00 |
| 05/27 | POS CREDIT, *****45186214777, AUT 052720 DDA PURCH REF UBER       SAN FRANCISCO * CA | 203.27 |
| 05/29 | POS CREDIT, *****45186214777, AUT 052920 DDA PURCH REF UBER       SAN FRANCISCO * CA | 40.54 |
| 05/29 | VISA TRANSFER, *****45186214777, AUT 052920 VISA TRANSFER LYFT INC       VISA DIRECT  * CA | 73.24 |
| 06/01 | VISA TRANSFER, *****45186214777, AUT 060120 VISA TRANSFER LYFT 06 01 EXP    VISA DIRECT  * WI | 27.86 |
| 06/02 | POS CREDIT, *****45186214777, AUT 060220 DDA PURCH REF UBER       SAN FRANCISCO * CA | 121.13 |

# TD Bank

America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

AV 01 108263 17573E359 A**5DGT

FRANK J BADOLATO JR
780 3RD AVE
BRISTOL PA  19007-3220

Page:                1 of 7
Statement Period:    Jun 14 2020-Jul 13 2020
Cust Ref #:          4306607156-630-T-###
Primary Account #:   430-6607156

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## TD Convenience Checking

FRANK J BADOLATO JR                                          Account # 430-6607156

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 246.63 | Average Collected Balance | 469.39 |
| Electronic Deposits | 3,225.61 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 3,065.35 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 1.00 | Days in Period | 30 |
| Ending Balance | 405.89 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/15 | POS CREDIT, *****45186214777, AUT 061520 DDA PURCH REF<br>UBER         SAN FRANCISCO * CA | 121.29 |
| 06/16 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 1332UXERHAWUUL6 | 3.74 |
| 06/17 | POS CREDIT, *****45186214777, AUT 061620 DDA PURCH REF<br>UBER         SAN FRANCISCO * CA | 95.67 |
| 06/17 | VISA TRANSFER, *****45186214777, AUT 061620 VISA TRANSFER<br>LYFT 06 17 EXP       VISA DIRECT  * WI | 52.26 |
| 06/17 | POS CREDIT, *****45186214777, AUT 061720 DDA PURCH REF<br>UBER         SAN FRANCISCO * CA | 174.90 |
| 06/17 | VISA TRANSFER, *****45186214777, AUT 061720 VISA TRANSFER<br>LYFT 06 17 EXP       VISA DIRECT  * WI | 23.89 |
| 06/19 | POS CREDIT, *****45186214777, AUT 061920 DDA PURCH REF<br>THE HOME DEPOT 4163    LEVITTOWN   * PA | 39.31 |
| 06/23 | POS CREDIT, *****45186214777, AUT 062220 DDA PURCH REF<br>UBER         SAN FRANCISCO * CA | 112.60 |
| 06/23 | VISA TRANSFER, *****45186214777, AUT 062220 VISA TRANSFER<br>LYFT 06 23 EXP       VISA DIRECT  * WI | 67.31 |
| 06/23 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT R1TC476LUNUDD4N | 12.02 |
| 06/24 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****86762A  SSA | 507.00 |
| 06/24 | POS CREDIT, *****45186214777, AUT 062420 DDA PURCH REF<br>UBER         SAN FRANCISCO * CA | 283.99 |
| 06/24 | VISA TRANSFER, *****45186214777, AUT 062420 VISA TRANSFER<br>LYFT INC         VISA DIRECT  * CA | 41.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

AV 01 106115 43632E351 A**5DGT

FRANK J BADOLATO JR
780 3RD AVE
BRISTOL PA 19007-3220

Page: 1 of 6
Statement Period: Jul 14 2020-Aug 13 2020
Cust Ref #: 4306607156-630-T-###
Primary Account #: 430-6607156

## TD Convenience Checking

FRANK J BADOLATO JR                                  Account # 430-6607156

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 405.89 | Average Collected Balance | 579.56 |
| Deposits | 420.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,443.77 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,772.18 | Days in Period | 31 |
| Service Charges | 1.00 | | |
| Ending Balance | 496.48 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/28 | DEPOSIT | 420.00 |
| | Subtotal: | 420.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/14 | POS CREDIT, *****45186214777, AUT 071420 DDA PURCH REF UBER   SAN FRANCISCO * CA | 188.06 |
| 07/14 | VISA TRANSFER, *****45186214777, AUT 071420 VISA TRANSFER LYFT 07 14 EXP   VISA DIRECT  * WI | 199.35 |
| 07/15 | VISA TRANSFER, *****45186214777, AUT 071520 VISA TRANSFER LYFT INC   VISA DIRECT  * CA | 124.68 |
| 07/21 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT NHCGBHUWPWLK1QL | 77.75 |
| 07/21 | POS CREDIT, *****45186214777, AUT 072120 DDA PURCH REF UBER   SAN FRANCISCO * CA | 497.80 |
| 07/22 | CCD DEPOSIT, STRIPE LYFT 07-21 ST-Q1H0X7I8N1Y2 | 3.00 |
| 07/22 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****86762A  SSA | 507.00 |
| 07/22 | POS CREDIT, *****45186214777, AUT 072220 DDA PURCH REF UBER   SAN FRANCISCO * CA | 138.51 |
| 07/22 | VISA TRANSFER, *****45186214777, AUT 072220 VISA TRANSFER LYFT INC   VISA DIRECT  * CA | 40.16 |
| 07/28 | POS CREDIT, *****45186214777, AUT 072820 DDA PURCH REF UBER   SAN FRANCISCO * CA | 223.28 |
| 08/03 | POS CREDIT, *****45186214777, AUT 080120 DDA PURCH REF UBER   SAN FRANCISCO * CA | 63.97 |
| 08/03 | VISA TRANSFER, *****45186214777, AUT 080120 VISA TRANSFER LYFT INC   VISA DIRECT  * CA | 83.41 |
| 08/03 | VISA TRANSFER, *****45186214777, AUT 080320 VISA TRANSFER LYFT INC   VISA DIRECT  * CA | 84.49 |

## Response to Trustee's Amended Motion for Dismissal

William C. Miller, Esquire
Chapter13 Standing Trustee
P.O. Box 1229
Philadelphia, Pa 19105

Debtor
Frank J. Badolato Jr.
780 Third Avenue
Bristol, Pa. 19007

**Bankruptcy No. 19-15203-AMC**

SEP 15 2020

FILED
2020 SEP 15 PM 1:11
U.S. BANKRUPTCY COURT